IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| SCALABLE INSIGHTS, LLC, and DAVID PATTERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIHRLE APPLIED RESEARCH, INC., BAR HOLDINGS, INC. f/k/a Ardenna Inc., AMERICAN ROBOTICS, INC., and ONDAS HOLDINGS, INC.,<br><br>    Defendants. | Case No. 4:23-cv-58 |

## ORDER

The Court, on October 17, 2023, considered the Joint Stipulation of Dismissal with Prejudice jointly submitted and requested by plaintiffs Scalable Insights, LLC and Davd Patterson (together, the "Patterson Parties"), defendants/counterclaimants Bihrle Applied Research Inc. and Bar Holdings, Inc. f/k/a Ardenna, Inc. (together, the "BAR Parties"), and defendants Ondas Holdings Inc. and American Robotics, Inc. (together, the "ONDAS Parties"), who have notified the Court of their resolution of the claims asserted in this action between them pursuant to their Memorandum of Understanding ("MOU") settlement agreement dated September 26, 2023, and requested that the Court enter this agreed order of dismissal with prejudice.

Finding the request well taken, the Court to have personal and subject matter jurisdiction over the parties and their claims, and the parties to be entitled to the relief and order requested.

Accordingly, it is hereby **ORDERED** that all claims, counterclaims, and causes of any party asserted in the herein captioned action are hereby **DISMISSED WITH PREJUDICE** and all other requested relief is hereby **DENIED**. Each party shall bear its own respective costs and fees incurred.

Pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), this Court shall explicitly have continuing jurisdiction to enforce the terms of the parties' September 26, 2023 MOU settlement agreement.

**IT IS SO ORDERED.**

/s/ *Jamar K. Walker*
Jamar K. Walker
United States District Judge

Newport News, Virginia
October 17, 2023